ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | | Case No. 4:15-CR-271-A |
| | | **(Supersedes Indictment returned on December 9, 2015 as to defendants 12-29 only.)** |
| CHARLES BEN BOUNDS a/k/a "Pretty Boy" | (12) | |
| BRIAN MATTHEW BROWN a/k/a "Downtown" | (13) | |
| AMANDA ROSE CHAMBERLAIN | (14) | |
| LEE FOGLE | (15) | |
| BILLY FRED GENTRY, JR. a/k/a "Fred Gentry" | (16) | |
| CHAYCE DANIEL HODGES a/k/a "Staks" | (17) | |
| KEVIN KYLE KILLOUGH a/k/a "Kilo" | (18) | |
| ROGER WAYNE LANGSTON a/k/a/ "Big Country" | (19) | |
| JAMES MARCUS LAXSON a/k/a "Monster" | (20) | |
| MICHAEL JOHN MIZE a/k/a "Miklo" | (21) | |
| RAUL RANGEL a/k/a "J.R." | (22) | |
| MARTHA JANE RODGERS a/k/a "Momma Frost" | (23) | |
| MELISSA MAE SHERMAN a/k/a "Littler Bit" | (24) | |
| CHAD SHULKA a/k/a "Russian" | (25) | |
| BILLY RAY SKAGGS | (26) | |
| DONALD LANCE TAYLOR | (27) | |
| MELISSA VEATCH a/k/a "Missy" | (28) | |
| DREW JUSTICE WINDSOR a/k/a "Drew Justice" | (29) | |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 18 2016
CLERK, U.S. DISTRICT COURT
By _____
Deputy

SUPERSEDING INDICTMENT

The Grand Jury Charges:

Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before January 2014, and continuing until in or around April 2016, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Charles Ben Bounds**, also known as Pretty Boy, **Brian Matthew Brown,** also known as Downtown , **Amanda Rose Chamberlain, Lee Fogle, Billy Fred Gentry, Jr.**, also known as Fred Gentry, **Chayce Daniel Hodges**, also known as Staks, **Kevin Kyle Killough**, also known as Kilo, **Roger Wayne Langston**, also known as Big Country, **James Marcus Laxson,** also known as Monster, **Michael John Mize,** also known as Miklo, **Raul Rangel**, also known as J.R., **Martha Jane Rodgers**, also known as Momma Frost, **Melissa Mae Sherman**, also known as Littler Bit, **Chad Shulka**, also known as Russian, **Billy Ray Skaggs, Donald Lance Taylor, Melissa Veatch**, also known as Missy, and **Drew Justice Windsor**, also known as Justice Windsor, along with Alisha Feeney, Shanda Hawkins, Chris Nicholson, and Audra Bowden, not named as defendants herein, and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(B), namely to possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)).

A TRUE BILL.

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

CHARLES BEN BOUNDS (12)
a/k/a "Pretty Boy"
BRIAN MATTHEW BROWN (13)
a/k/a "Downtown"
AMANDA ROSE CHAMBERLAIN (14)
LEE FOGLE (15)
BILLY FRED GENTRY, JR. (16)
a/k/a "Fred Gentry"
CHAYCE DANIEL HODGES (17)
a/k/a/ "Staks"
KEVIN KYLE KILLOUGH (18)
a/k/a "Kilo"
ROGER WAYNE LANGSTON (19)
a/k/a "Big County"
JAMES MARCUS LAXSON (20)
a/k/a "Monster"
MICHAEL JOHN MIZE (21)
a/k/a "Miklo"
RAUL RANGEL (22)
a/k/a "J.R."
MARTHA JANES RODGERS (23)
a/k/a "Momma Frost"
MELISSA MAE SHERMAN (24)
a/k/a "Littler Bit"
CHAD SHULKA (25)
a/k/a "Russian"
BILLY RAY SKAGGS (26)
DONALD LANCE TAYLOR (27)

MELISSA VEATCH (28)
a/k/a "Missy"
DREW JUSTICE WINDSOR (29)
a/k/a "Drew Justice"

SUPERSEDING INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(B))
Conspiracy to Possess with Intent to Distribute a Controlled Substance
1 Count

A true bill rendered

FORT WORTH                    *Sean Wilcox*              FOREPERSON

Filed in open court this 18th day of May, 2016.

**All Defendants in Federal Custody.**

4-15CR 271 A

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:   (4:16-MJ-163 -14,15,
19,21,27;28; 4:16-MJ-164 – 22,29; 4:16-MJ-166 – 26;
4:16-MJ-167 – 16,17,23,25; 4:16-MJ-169 – 13,18,20,24;
4:16-MJ-170 – 12)